UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION.<br>        Plaintiff,<br><br>   v.<br><br>GPB CAPITAL HOLDINGS, LLC; ASCENDANT CAPITAL, LLC; ASCENDANT ALTERNATIVE STRATEGIES, LLC; DAVID GENTILE; JEFFRY SCHNEIDER; and JEFFREY LASH,<br>        Defendants. | No. 1:21-cv-00583-MKB-VMS<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that David M. Rosenfield, Esq. of the law firm Herrick, Feinstein LLP, hereby appears in this action as counsel on behalf of Defendant GPB Capital Holdings, LLC, and certifies that he is admitted to practice in this Court, and requests that all notices given or required to be given in this action, and all papers served or required to be served in this action be given to and served upon the undersigned counsel at the below address.

Dated: New York, New York
   February 9, 2021

                    HERRICK, FEINSTEIN LLP

                    By: /s/ *David M. Rosenfield*
                    David M. Rosenfield
                    2 Park Avenue
                    New York, New York 10016
                    212-592-1400
                    drosenfield@herrick.com

                    *Attorneys for Defendant GPB Capital Holdings, LLC*