

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

February 11, 2021

**BY ECF**

The Honorable Margo K. Brodie
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *SEC v. GPB Capital Holdings, LLC, et al.*, 21-cv-00583-MKB-VMS

Dear Chief Judge Brodie:

I write to provide a status report to the Court in advance of the telephonic hearing scheduled for tomorrow at 10:00 a.m. on the SEC's Application filed February 8 to appoint an Independent Monitor over Defendant GPB Capital Holdings, LLC ("GPB Capital"). Dkt. 10. Since the filing of the Application, the SEC and counsel for GPB Capital have been engaged in negotiations regarding the proposed *Order Appointing Monitor* (Dkt. 11-2), and have reached an agreement on a proposed *Order*. A copy is attached.

              Respectfully submitted,

              */s/ David Stoelting*
              David Stoelting
              Senior Trial Counsel
              Securities and Exchange Commission
              (212) 336-0174 (tel)
              stoeltingd@sec.gov (email)

Attachment: Proposed *Order Appointing Monitor*

cc (w/att. by ECF): Howard R. Elisofon, Esq.