

Howard R. Elisofon
**Partner**
Phone: 212.592.1437
Fax: 212.545.3366
helisofon@herrick.com

February 11, 2021

**VIA ECF**

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **Securities and Exchange Commission v. GPB Capital Holdings, LLC et al.
Civil No. 21-cv-00583 (MKB/VMS)**

Dear Judge Brodie,

We are counsel for GPB Capital Holdings, LLC in this matter.

It is our view, as well as that of counsel for the Securities and Exchange Commission (with whom we have conferred), that in light of the agreed-upon proposed Order appointing a Monitor, the telephone conference scheduled for tomorrow, February 12, at 10:00 a.m. is no longer necessary.

Very truly yours,

**/s/ Howard R. Elisofon**
Howard R. Elisofon

cc: David Stoelting, Esq. (*via ECF*)