UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

        - against -

GPB CAPITAL HOLDINGS, LLC; ASCENDANT CAPITAL, LLC; ASCENDANT ALTERNATIVE STRATEGIES, LLC; DAVID GENTILE; JEFFRY SCHNEIDER; JEFFREY LASH,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 21-cv-00583 (MKB) (VMS)

**STIPULATION EXTENDING DEFENDANT GPB CAPITAL HOLDINGS, LLC'S TIME TO ANSWER, MOVE TO DISMISS, OR OTHERWISE RESPOND TO COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for Plaintiff Securities and Exchange Commission ("Plaintiff") and the attorneys for Defendant GPB Capital Holdings, LLC ("GPB Capital"), that the time for GPB Capital to answer, move to dismiss, or otherwise respond to Plaintiff's Complaint, filed on February 4, 2021 (ECF No. 1), is hereby extended to and includes **March 26, 2021**.

Dated: New York, New York
           February 16, 2021

| HERRICK, FEINSTEIN LLP | SECURITIES & EXCHANGE COMMISSION |
|---|---|
| /s/ Howard R. Elisofon | /s/ Kristin Pauley |
| By:  Howard R. Elisofon<br>     David Rosenfield<br>     Stephen M. Medow<br>2 Park Avenue<br>New York, New York 10016<br>(212) 592-1400<br>*Attorneys for Defendant*<br>*GPB Capital Holdings, LLC* | By:  David Stoelting<br>     Kristin Pauley<br>     Lindsey Moilanen<br>200 Vesey Street, Suite 400<br>New York, New York 10281<br>(212) 336-0174<br>*Attorneys for Plaintiff Securities and Exchange Commission* |

HF 11490368v.1