**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

SECURITIES AND EXCHANGE COMMISSION,

                      Plaintiff,

      -v-

GPB CAPITAL HOLDINGS, LLC;
ASCENDANT CAPITAL, LLC;
ASCENDANT ALTERNATIVE
STRATEGIES, LLC;
DAVID GENTILE;
JEFFRY SCHNEIDER; and
JEFFREY LASH,

                      Defendants.

No. 1:21-CV-00583 (MKB)

**CONSENT TO SEC'S REQUEST FOR A STAY**

---

      **WHEREAS** on March 5, 2021, the Court directed Defendants GPB Capital Holdings, LLC, Ascendant Capital, LLC, and Ascendant Alternative Strategies, LLC to respond to the United States Attorney's Office's motion to intervene in and stay the above-captioned case (the "March 5 Order");

      In response to the March 5 Order, Defendants GPB Capital Holdings, LLC, Ascendant Capital, LLC, and Ascendant Alternative Strategies, LLC hereby consent to the United States Attorney's Office's motion to intervene in and stay the above-captioned case.

Dated: March 10, 2021
New York, New York

| | |
|---|---|
| **HERRICK, FEINSTEN LLP** | **HAYNES AND BOONE, LLP** |
| By: /s/ Howard R. Elisofon<br>Howard R. Elisofon<br>David M. Rosenfield<br>Stephen M. Medow<br>Two Park Avenue<br>New York, NY 10016<br>Tel.: (212) 592-1400<br>Fax: (212) 592-1500<br>helisofon@herrick.com<br>drosenfield@herrick.com<br>smedow@herrick.com<br><br>*Attorneys for Defendant GPB Capital Holdings, LLC* | By: /s/ Joseph C. Lawlor<br>Joseph C. Lawlor<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY 10112<br>Tel.: (212) 659-4985<br>Fax: (212) 884-9574<br>joseph.lawlor@haynesboone.com<br><br>*Attorneys for Defendant Ascendant Alternative Strategies LLC* |

**ARENT FOX LLP**

By: /s/ Glenn C. Colton
Glenn C. Colton
1301 Avenue of the Americas
42nd Floor
New York, NY 10019
Tel.: (212) 484-3900
Fax: (212) 484-3990
glenn.colton@arentfox.com

*Attorneys for Defendants Jeffry Schneider and Ascendant Capital LLC*