Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

Douglas A. Fellman
Partner
202.637.5714
douglas.fellman@hoganlovells.com

May 8, 2023

**BY ECF**

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:  **SEC v. GPB Capital Holdings LLC, et al.**, No. 21-cv-00583-MKB-VMS

Dear Judge Scanlon:

      We represent the Court-appointed monitor, Joseph T. Gardemal III (the "Monitor" or "Mr. Gardemal"), in the above-referenced matter.  We respectfully submit this letter, on behalf of the Monitor, in response to the Court's Order dated April 28, 2023.

      The Monitor wishes to confirm for the Court that, if the SEC's motion to convert the Monitorship to a Receivership is granted, Mr. Gardemal as Receiver will be prepared to submit to the Court a plan for a distribution and claims process within 45 days of the Court's order appointing the Receiver, and hopefully sooner.  Moreover, upon the Court's approval of the distribution plan, Mr. Gardemal believes that monies can be returned to investors very quickly thereafter.  Mr. Gardemal also believes, for the reasons stated in the SEC's motion and the Monitor's accompanying declaration, that a Receivership and attendant litigation injunction, along with a defined claims process, provide the best and most efficient way to return funds to the investors, who are the rightful owners of those assets, and to maximize investors' ultimate recovery.

      Mr. Gardemal also wishes to convey to the Court, by way of an update since submission of his Declaration, that the Monitor has continued to hear directly from aggrieved investors seeking the return of their remaining investment capital.  Many of these investors are retirees, senior citizens, or other individuals who continue to be harmed greatly by the delay in the return of the funds that belong to them.  Investors who have contacted the Monitor have expressed

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante   Amsterdam   Baltimore   Beijing   Birmingham   Boston   Brussels   Colorado Springs   Denver   Dubai   Dusseldorf   Frankfurt   Hamburg   Hanoi   Ho Chi Minh City   Hong Kong   Houston   Johannesburg   London   Los Angeles   Luxembourg   Madrid   Mexico City   Miami   Milan   Minneapolis   Monterrey   Munich   New York   Northern Virginia   Paris   Perth   Philadelphia   Rome   San Francisco   São Paulo   Shanghai   Silicon Valley   Singapore   Sydney   Tokyo   Warsaw   Washington, D.C.   Associated Offices:  Budapest   Jakarta   Riyadh   Shanghai FTZ   Ulaanbaatar.   Business Service Centers:  Johannesburg   Louisville.   Legal Services Center:  Berlin.   For more information see www.hoganlovells.com

increasing frustration, anxiety, and anger that their investments not only have failed to deliver the promised returns, but that they also have been unable to obtain the return of their original investment contributions.  For many investors, this is a significant part of their life savings.

To date, sales of GPB assets have returned approximately $1 billion in gross proceeds to the GPB limited partnerships.  Following the appointment of a Receiver, these funds would begin to be returned to the limited partners themselves, namely the investors in the GPB partnerships, to whom these monies belong.

In sum, the Monitor continues to believe that a Receivership will provide for the most effective and efficient way to provide relief for investors as well as maximizing the return to those investors.

Respectfully submitted,

HOGAN LOVELLS US LLP

By: _____
Douglas A. Fellman
Robert B. Buehler
Counsel to Joseph T. Gardemal III, Monitor