

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

May 19, 2023

**BY ECF**

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **SEC v. GPB Capital Holdings LLC, et al., No. 21-cv-00583-MKB-VMS**

Dear Chief Judge Brodie:

We represent the Court-appointed monitor, Joseph T. Gardemal III (the "Monitor"), in the above-referenced matter. Pursuant to Paragraph 33(b) of the Court's Amended Order appointing the Monitor, dated April 14, 2021 (the "Amended Order"), we respectfully submit the Monitor's Monthly Fee Statement for April 2023, which includes the fees for the Monitor's counsel, Hogan Lovells US LLP, as expenses. Under the Amended Order, no further action from the Court is needed at this time. See Paragraph 33(j) of the Amended Order. This Monthly Fee Statement will be included in the next Quarterly Fee Application submitted to the Court, pursuant to Paragraphs 34 and 35 of the Amended Order.

Respectfully submitted,

Robert B. Buehler
Partner
robert.buehler@hoganlovells.com
D 212-918-3261

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Moscow Munich New York Northern Virginia Paris Perth Philadelphia Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Riyadh Shanghai FTZ Ulaanbaatar. Business Service Centers: Johannesburg Louisville. Legal Services Center: Berlin. For more information see www.hoganlovells.com

# Exhibit 1



Alvarez & Marsal Disputes and Investigations, LLC
655 15th Street, NW, Suite 600
Washington, DC 20005
Telephone: 202-729-2100
Fax: 202-729-2101

May 17, 2023

GPB Capital Holdings, LLC
and Highline Management, Inc.
Attn: Rob Chmiel, CEO
33 East 33rd Street, Suite 807
New York, NY 10016

**Invoice Reference #: 829446-27**
**Court Appointed Independent Monitor, Joseph T. Gardemal III**
**Appointment Date: 02/12/2021**
**Monthly Fee Application from 04/01/2023 through 04/30/2023**

Dear Mr. Chmiel:

Please find attached Alvarez & Marsal's invoice for Professional Services rendered to GPB Capital Holdings, LLC and Highline Management, Inc. in relation to the Court Appointed Independent Monitor, Joseph T. Gardemal III. A&M requests payment in the amount of $617,007.24 for the services rendered. As a reminder, payment is due within 30 days.

I hereby certify that I have read the Application and that the hours worked by the individuals billed are correct and that the total amount invoiced is for work performed.

Please let me know if you have any questions regarding this invoice. We appreciate the opportunity to be of service to you.

Sincerely,

Joseph Gardemal
Managing Director



Alvarez & Marsal Disputes and Investigations, LLC
655 15th Street, NW, Suite 600
Washington, DC 20005
Telephone: 202-729-2100
Fax: 202-729-2101

May 17, 2023

<u>Reference Invoice #:</u>
829446-27

GPB Capital Holdings, LLC and Highline Management, Inc.
Attn: Rob Chmiel, CEO
33 East 33rd Street, Suite 807
New York, NY 10016

**Court Appointed Independent Monitor, Joseph T. Gardemal III**
**Appointment Date: 02/12/2021**
**Monthly Fee Application from 04/01/2023 through 04/30/2023**

| | | |
|---|---:|---:|
| A&M Professional Fees | $ 502,764.00 | |
| 80% of Professional Fees Total | | $ 402,211.20 |
| | | |
| Expenses | | |
| A&M Out-of-Pocket Expenses | | $ 238.04 |
| Counsel_Hogan Lovells LLP | | $ 214,558.00 |
| Expense Total | | $ 214,796.04 |
| | | |
| Total Professional Fees and Expenses Payable | | $ 617,007.24 |
| | | |
| *Professional Fees Subject to 20% Holdback* | | $ 100,552.80 |

| Wire Instructions: | | Mail Instructions: |
|---|---|---|
| Bank: | Wells Fargo | Alvarez & Marsal Disputes and Investigations, LLC |
| ABA: | 121000248 | Attn: Liz Carrington |
| Swift: | WFBIUS6S | 600 Madison Avenue |
| | | 8th Floor |
| Account Name: | Alvarez & Marsal Disputes and Investigations, LLC | New York, NY 10022 |
| Account Number: | 2000018590539 | |
| Reference Invoice #: | 829446-27 | |
| Notification Email: | treasury@alvarezandmarsal.com | |
| **For security purposes, all bank account changes should be verbally verified by contacting A&M using a known telephone number BEFORE funds are sent to a different account.** | | |