UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>   v.<br><br>GPB CAPITAL HOLDINGS, LLC; ASCENDANT CAPITAL, LLC; ASCENDANT ALTERNATIVE STRATEGIES, LLC; DAVID GENTILE; JEFFRY SCHNEIDER; and JEFFREY LASH,<br><br>      Defendants. | 21-cv-00583-MKB-VMS<br><br>**CORPORATE DISCLOSURE STATEMENT OF GPB CAPITAL HOLDINGS, LLC** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1.1, Defendant GPB Capital Holdings, LLC ("GPB Capital") discloses as follows:

1. GPB Capital is not a publicly traded corporation.

2. No parent corporation or publicly-held corporation owns 10% or more of the stock of GPB Capital.

Dated: July 23, 2024
New York, New York

                     **MAYER BROWN LLP**
                     By: */s/ Glen A. Kopp*
                     Glen A. Kopp
                     Gina M. Parlovecchio
                     1221 Avenue of the Americas
                     New York, New York 10020
                     (212) 506-2500
                     gkopp@mayerbrown.com
                     gparlovecchio@mayerbrown.com

                     *Counsel for GPB Capital Holdings, LLC*