# HAYNES BOONE



**Joseph Lawlor, Esq.**
Direct Phone Number:  212-659-4985
Direct Fax Number: 212-884-9574
joseph.lawlor@haynesboone.com

August 12, 2024

**VIA ECF**

Honorable Magistrate Judge Vera M. Scanlon
United States District Court Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, NY 11201

Re:   ***Securities and Exchange Commission et al v. GPB Capital Holdings, LLC et al., 1:21-cv-00583-MKB-VMS***

Dear Judge Scanlon:

    We write pursuant to the Court's August 8, 2024 Order to notify the Court that we wish to withdraw the Motion to Withdraw as Counsel (Doc. No. 206) and expect to shortly file a motion to substitute.

                  Respectfully submitted,

                  *s/Joseph Lawlor/*

                  Joseph Lawlor

cc:   All parties of record (via ECF)