

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

August 14, 2024

**BY ECF**

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    **SEC v. GPB Capital Holdings LLC, et al., No. 21-cv-00583-MKB-VMS**

Dear Chief Judge Brodie:

We represent the Court-appointed monitor, Joseph T. Gardemal III (the "Monitor"), in the above-referenced matter. Pursuant to Paragraph 33(b) of the Court's Amended Order appointing the Monitor, dated April 14, 2021 (the "Amended Order"), we respectfully submit the Monitor's Monthly Fee Statement for July 2024, which includes the fees for the Monitor's counsel, Hogan Lovells US LLP, as expenses. Under the Amended Order, no further action from the Court is needed at this time. See Paragraph 33(j) of the Amended Order. This Monthly Fee Statement will be included in the next Quarterly Fee Application submitted to the Court, pursuant to Paragraphs 34 and 35 of the Amended Order.

Respectfully submitted,

Robert B. Buehler
Partner
robert.buehler@hoganlovells.com
D 212-918-3261

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices: Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar.  Business Service Centers: Johannesburg  Louisville.  Legal Services Center: Berlin.  For more information see www.hoganlovells.com

# EXHIBIT 1



**Alvarez & Marsal Disputes and Investigations, LLC**
655 15th Street, NW,  Suite 600
Washington, DC 20005
Telephone: 202-729-2100
Fax: 202-729-2101

August 14, 2024

GPB Capital Holdings, LLC
and Highline Management, Inc.
Attn: Rob Chmiel, CEO
55 Old Field Point Road, Suite 1E
Greenwich, CT 06830

**Invoice Reference #: 829446-42**
**Court Appointed Independent Monitor, Joseph T. Gardemal III**
**Appointment Date: 02/12/2021**
**Monthly Fee Application from 07/01/2024 through 07/31/2024**

Dear Mr. Chmiel:

Please find attached Alvarez & Marsal's invoice for Professional Services rendered to GPB Capital Holdings, LLC and Highline Management, Inc. in relation to the Court Appointed Independent Monitor, Joseph T. Gardemal III.  A&M requests payment in the amount of $659,993.04 for the services rendered.  As a reminder, payment is due within 30 days.

I hereby certify that I have read the Application and that the hours worked by the individuals billed are correct and that the total amount invoiced is for work performed.

Please let me know if you have any questions regarding this invoice. We appreciate the opportunity to be of service to you.

Sincerely,

Joseph Gardemal
Managing Director



**Alvarez & Marsal Disputes and Investigations, LLC**
655 15th Street, NW,  Suite 600
Washington, DC 20005
Telephone: 202-729-2100
Fax: 202-729-2101

August 14, 2024

*Reference Invoice #:*
829446-42

GPB Capital Holdings, LLC and Highline Management, Inc.
Attn: Rob Chmiel, CEO
55 Old Field Point Road, Suite 1E
Greenwich, CT 06830

**Court Appointed Independent Monitor, Joseph T. Gardemal III**
**Appointment Date: 02/12/2021**
**Monthly Fee Application from 07/01/2024 through 07/31/2024**

| | | |
|---|---:|---:|
| A&M Professional Fees | $ 451,582.80 | |
| 80% of Professional Fees Total | | $ 361,266.24 |
| | | |
| Expenses | | |
| A&M Out-of-Pocket Expenses | | $ 8,035.80 |
| Counsel_Hogan Lovells LLP | | $ 290,691.00 |
| Expense Total | | $ 298,726.80 |
| | | |
| Total Professional Fees and Expenses Payable | | $ 659,993.04 |
| | | |
| *Professional Fees Subject to 20% Holdback* | | $ 90,316.56 |

| **Wire Instructions:** | | **Mail Instructions:** |
|---|---|---|
| Bank: | Wells Fargo | Alvarez & Marsal Disputes and Investigations, LLC |
| ABA: | 121000248 | Attn:  Liz Carrington |
| Swift: | WFBIUS6S | 600 Madison Avenue |
| | | 8th Floor |
| Account Name: | Alvarez & Marsal Disputes And Investigations LLC | New York, NY  10022 |
| Account Number: | 2000018590539 | |
| Reference Invoice #: | 829446-42 | |
| Notification Email: | treasury@alvarezandmarsal.com | |
| **For security purposes, all bank account changes should be verbally verified by contacting A&M using a known telephone number BEFORE funds are sent to a different account.** | | |