Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

February 19, 2025

**BY ECF**

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *SEC v. GPB Capital Holdings LLC, et al.*, No. 21-cv-00583-MKB-VMS (E.D.N.Y.)

Dear Chief Judge Brodie:

  On behalf of Joseph T. Gardemal III, in his capacity as the Receiver appointed in this action (the "Receiver"), we are writing in response to the Court's February 14, 2025 Order. That Order requested certain information about the Receiver's position in connection with the Motion To Intervene And For Clarification, Or Alternatively, For Leave To Proceed With Pending State Action, filed by B9 Hyatt Ave Owner Urban Renewal LLC ("B9"). ECF No. 244. In particular, the Court directed the Receiver to "inform the Court of any opposition to the Motion to Intervene and, specifically, whether any of the entities in B9 Hyatt Ave Owner Urban Renewal LLC's pending New York state action are subject to the Receivership." Feb. 14, 2025 Text Order.

  As to the Court's first inquiry, the Receiver does not oppose B9's request to intervene for the limited purpose of seeking the Court's leave to lift the stay of *B9 Hyatt Ave Owner Urban Renewal LLC f/k/a B9 Hyatt Ave Owner LLC v. MTF Realty, LLC et al.*, Index No. 656086/2023, pending in the Supreme Court of the State of New York, County of New York (the "B9 Action").

  In response to the Court's second inquiry, the Receiver's position is that the defendants in the B9 Action (GPB Cold Storage Holdings II, LLC and MTF Realty, LLC) are subject to the Receivership. In addition, the B9 Action falls within the Receivership Order's litigation injunction. All but a small fraction of the defense costs for the B9 action have been, and would have to be, paid from the Receivership Estate, and any final order issued in the B9 Action would affect the Receivership Estate in that it could impact the amount of money available for distribution by the Receiver. The B9 Action therefore falls within this Court's litigation injunction, which extends to any "existing or future civil legal proceedings . . . or other actions of any nature involving: . . . (c) the Receivership Estate; or (d) the Receivership Entities or any Receivership Assets." ECF No. 187 ¶ 18.

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Berlin Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Shanghai FTZ. Business Service Centers: Johannesburg Louisville. For more information see www.hoganlovells.com

Chief Judge Brodie - 2 - February 19, 2025

      As noted in B9's letter, *see* ECF No. 251, counsel for B9 and the Receiver have met and conferred in order to provide sufficient time to brief this dispute. The Receiver and B9 have agreed, subject to the Court's approval, to the briefing schedule set forth in B9's letter, whereby the Receiver's opposition would be due on March 7, 2025, and B9's reply would be due by March 28, 2025. In the Receiver's view, this schedule is warranted in light of the four objections to the Plan of Distribution to which the Receiver must respond by February 21, 2025, *see* Jan. 31, 2025 Text Order, and because a brief extension for both parties will not unduly prejudice the parties or the Receivership Estate.

      The Receiver therefore respectfully requests that the Court enter the agreed-upon briefing schedule.

Respectfully submitted,

HOGAN LOVELLS US LLP

By: */s/ David M. Foster*

David M. Foster